# R-SQUARE, ESQ. PLLC.

## ROYCE RUSSELL, Esq.
### Attorney and Counselor at Law

| New York | New Jersey |
|---|---|
| 112 West 34th Street, 18th Fl. | 31 Vose Avenue Unit 271 |
| New York, New York 10120 | South Orange, NJ 07079 |

718-785-8890
rsquareesq@gmail.com

---

January 30, 2023

**By ECF**

Honorable Frederic Block
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **US v. BIRKETT 19 CR 01063 (FB)**

Dear Judge Block:

    I spoke to the assigned Assistant United States Attorney regarding submissions.

    The defense will submit the Supplemental Motion by February 10, 2023. The Government will submit a Response by March 10, 2023.

Respectfully Submitted,

/s/*ROYCE RUSSELL*
Royce Russell